IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 06-1036LRR |
| vs. | ) | |
| RENE GUERRA, M.D., | ) | |
| Defendant. | ) | |

## ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. As a result of the guilty plea by defendant to Count 1 of the Information, for which the Government sought forfeiture pursuant to 21 U.S.C. § 853, defendant shall forfeit to the United States:

   a. all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violations; and

   b. all property used or intended to be used in any manner or part to commit or facilitate the commission of the offense.

2. The Court has determined based on defendant's plea agreement and guilty plea entered on July 14, 2006, that the following property is subject to forfeiture pursuant to 21 U.S.C. § 853, and that the government has established the requisite nexus between such property and such offenses:

   **$6,000 in drug proceeds obtained by defendant for the dispensing of at least 21,420 dosage units of Schedule III controlled substances and at least 104,670 dosage units of Schedule IV controlled**

**substances by means of electronic prescriptions, which dispensing was done outside the usual course of medical practice and without legitimate medical purpose.**

3. As a result of the offenses committed in Count 1 of the Information, for which defendant has entered a guilty plea, a money judgment is hereby ordered against defendant in the amount of $6,000, which amount represents proceeds constituting or derived from the trafficking in controlled substances and or property that was used to commit or facilitate the commission of the trafficking in controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and 846.

4. Pursuant to Rule 32.2(c)(1), no publication of notice or third-party ancillary hearing is required as this Order consists solely of a money judgment against the defendant.

5. The United States Marshals Service will accept payment of the $6,000 from defendant as forfeited proceeds for his role in the offense for which he has pleaded guilty and shall deposit the funds into the U.S. Department of Justice Assets Forfeiture Fund to be disposed of according to the law.

Ordered this 17 day of July, 2006.

_____
Linda R. Reade
Judge, U.S. District Court
Northern District of Iowa